PROB 12B
(10/24)
Case 1:21-cr-00012-JRH-BKE   Document 33   Filed 02/11/26   Page 1 of 4

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FEB 11 2026

FILED

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: | Julian Theophilus Moffett |
| Case Number: | 1:21CR00012-1 |
| Name of Sentencing Judicial Officer: | Honorable J. Randal Hall<br>United States District Judge<br>Southern District of Georgia |
| Date of Original Sentence: | September 28, 2021 |
| Original Offense: | Possession of a firearm by a prohibited person |
| Original Sentence: | 63 months imprisonment; 3 years supervised release; $100 special assessment; $1,000 fine |
| Type of Supervision: | Supervised Release |
| Date Current Supervision Commenced: | February 12, 2025 |
| Assistant United States Attorney: | Henry Wayne Syms, Jr. |
| Defense Attorney: | Charles H. Rollins |

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.

[X]   To modify the conditions of supervision as follows:

You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program. You must pay the costs of treatment in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

## CAUSE

On January 30, 2026, United States Probation Officer (USPO) Zion Dancer met with Moffett at the Augusta Probation Office. Moffett was directed to submit to a urinalysis (UA), and during the procedure, USPO Dancer heard a noise that was inconsistent with a traditional urine sample and sounded like a faint gurgle. Moffett presented USPO Dancer with a small urine sample, and due to suspicion, USPO Dancer requested Moffett to attempt to fill the specimen cup halfway. Moffett immediately claimed that he could not, due to having used the restroom. USPO Dancer questioned Moffett about the unusual sound and asked him what was in his pants. Moffett initially claimed that he did not have anything, but when questioned again he stated, "Can you please help me out?"

Prob 12B
(10/24)

Request for Modifying the Conditions or Term of Supervision

Re: Julian Theophilus Moffett
Case Number: 1:21CR00012-1
Page 2

USPO Dancer instructed Moffett to hand over the UA-defeating device that was in his pants, which he did without further incident. The UA-defeating device was a small, plastic, bottle that appeared to contain someone else's urine.

On that same date, Moffett produced a urine sample that rendered a positive result for cocaine and displayed faint lines for marihuana and methamphetamine. Moffett denied the use of cocaine and methamphetamine but admitted to ingesting marihuana on January 29, 2026. The sample was sent to the national laboratory for confirmation testing. On February 9, 2026, the national laboratory confirmed that the urine sample from January 30, 2026, was positive for cocaine.

This officer notes that Moffett has already been referred to substance abuse treatment at AmericanWorks and was provided with their information. This officer utilized interventions to address Moffett's faulty thinking and to make him aware of the consequences of this type of continued behavior.

On February 4, 2026, Moffett was presented with the attached Waiver of Hearing to Modify the Conditions of Supervised Release, to include his participation in substance abuse treatment. Moffett agreed to the proposed modification and signed the Waiver accordingly, which is attached for Your Honor's review.

Should Moffett continue to violate the terms and conditions of his supervised release, the Court will be notified immediately.

Respectfully submitted,

Donelle Eller
United States Probation Officer
Date: February 10, 2026

Reviewed by:

Lori H. Mitchell
Supervisory United States Probation Officer

Prob 12B
(10/24)

Request for Modifying the Conditions or Term of Supervision

Re: Julian Theophilus Moffett
Case Number: 1:21CR00012-1
Page 3

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

_____2/11/2026_____
Date

PROB 49
(3/89)

# United States District Court

for the

Southern District of Georgia
Augusta Division

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release, or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program. You must pay the costs of treatment in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

Witness: _____   Signed: _____
(U.S. Probation Officer)                       (Probationer or Supervised Releasee)

2-4-2026
Date